■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIL HAMDAM, Appellant. [942 NYS2d 880]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Garnett, J.), imposed May 22, 2009, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Rivera, Eng, Leventhal and Miller, JJ., concur.